IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

MAR 0 9 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 20–4–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GERALD BERNARD WHITE, JR., | |
| Defendant. | |

Before the Court is Defendant Gerald Bernard White, Jr.'s Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 24.)

IT IS ORDERED that the motion (Doc. 24) is GRANTED. Motions shall be filed on or before March 12, 2020.

DATED this 9th day of March, 2020.

Dana L. Christensen, Chief Judge
United States District Court