IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD BERNARD WHITE, JR.,<br><br>Defendant. | CR 20–04–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 63.) Having reviewed said motion (Doc. 63), the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a), 881(a), and 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on August 6, 2020. (Doc. 57.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 62.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a) and 881(a), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 63) is GRANTED.

IT IS FURTHER ORDERED that Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a) and 881(a), and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- $2,885 U.S. Currency;
- Glock 10mm, semiautomatic pistol, SN BBUT218;
- Two 15-round magazines; and
- 31 rounds of ammunition.

IT IS FURTHER ORDERED that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 10th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court